STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-80 consolidated with 04-78 & 04-79


SABINE MANUFACTURING, INC.

VERSUS

SABINE PARISH POLICE JURY & SHERIFF GUFFEY PATTISON

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 56,655 C/W 56,087 & 56,109
HONORABLE STEPHEN BRUCE BEASLEY, DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and John
B. Scofield[*], Judges.

SCOFIELD, J., DISSENTS AND ASSIGNS WRITTEN REASONS.


AFFIRMED.


**Honorable Don M. Burkett**
**District Attorney**
**P. O. Box 1557**
**Many, LA 71449**
**Telephone: (318) 256-6246**
**COUNSEL FOR:**
      **Defendant/Appellant - Sabine Parish Police Jury & Sheriff Guffey Pattison**

**Donald G. Kelly**
**KELLY, TOWNSEND & THOMAS**
**P. O. Box 756**
**Natchitoches, LA 71458-0756**
**Telephone: (318) 352-2353**
**COUNSEL FOR:**
      **Plaintiff/Appellee - Sabine Manufacturing, Inc.**

---

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana
Supreme Court as Judge Pro Tempore.

THIBODEAUX, Chief Judge.

For the reasons discussed in the consolidated case of *Sabine Parish Police Jury v. Commissioner of Alcohol & Tobacco Control*, 04-78 (La.App. 3 Cir. ___/20__), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal, in the amount of $1,394.28, are assessed equally to appellants, Sabine Parish Police Jury and Sheriff Guffey Pattison.

**AFFIRMED.**